| | |
|---|---|
| 1 | BRIAN J. STRETCH (CABN 163973)<br>United States Attorney |
| 2 | SARA WINSLOW (DCBN 457643)<br>Chief, Civil Division |
| 3 | CLAIRE T. CORMIER (CABN 154364)<br>Assistant United States Attorney |
| 4 | |
| 5 | 150 Almaden Boulevard, Suite 900<br>San Jose, California 95113<br>Telephone: (408) 535-5082 |
| 6 | FAX: (408) 535-5081<br>claire.cormier@usdoj.gov |
| 7 | |
| 8 | Attorneys for Defendant<br>United States of America |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | | |
|---|---|---|
| DOUGLAS WAYNE ROSS, JR., NICOLE ROSS, and NEVILLE ROSS, individually and as Successors-In-Interest to DOUGLAS WAYNE ROSS, SR., decedent,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO. 5:17-CV-02775-EJD  as modified<br><br>STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT<br><br>DATE: August 24, 2017<br>TIME: 10:00 a.m.<br>COURTROOM 4, 5th Floor<br>HON. EDWARD J. DAVILA |

This case was previously scheduled for a case management conference on August 24, 2017. Prior to that date, on August 11, 2017, the parties submitted a joint case management statement that included the suggestion that further scheduling be deferred until after a ruling on defendant's motion to dismiss, scheduled for hearing on November 30, 2017. On August 18, 2017, the parties received a Clerk's Notice continuing the case management conference to December 14, 2017.

Counsel for defendant has advised that her office's year-end meeting and training has been scheduled to take place in San Francisco on December 14, 2017. Counsel for defendant requested, and plaintiff's counsel agreed, to ask the Court to continue the case management conference. Of the dates suggested by defendant's counsel, plaintiff's counsel selected January 4, 2018.

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO. 5:17-CV-02775 EJD                    1

For the foregoing reasons, the parties, through their counsel of record, HEREBY STIPULATE AND REQUEST that the case management conference for this case be continued to ~~January 4, 2018~~ January 11, 2018 at 10:00 a.m., and that an updated joint case management statement be filed no later than December 28, 2017.

IT IS SO STIPULATED.

Respectfully submitted,

COTCHETT, PITRE & McCARTHY LLP

Dated: November 3, 2017      By: /s/ Emanuel B. Townsend

NIALL P. McCARTHY
PETE McCLOSKEY, JR.
EMANUEL B. TOWNSEND
Attorneys for Plaintiffs
Douglas Wayne Ross, Jr., Nicole Ross,
and Neville Ross

Dated: November 3, 2017      BRIAN J. STRETCH
United States Attorney

By: /s/ Claire T. Cormier

CLAIRE T. CORMIER[1]
Assistant United States Attorney

**[PROPOSED] ORDER**

IT IS SO ORDERED.

Dated: November 8, 2017

EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

---

[1] I, Claire T. Cormier, hereby attest that I have been authorized to submit the electronic signatures indicated by a "conformed" signature (/s/) within this e-filed document.