BRIAN J. STRETCH (CABN 163973)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
CLAIRE T. CORMIER (CABN 154364)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5082
    FAX: (408) 535-5081
    claire.cormier@usdoj.gov

Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DOUGLAS WAYNE ROSS, JR., NICOLE ROSS, and NEVILLE ROSS, individually and as Successors-In-Interest to DOUGLAS WAYNE ROSS, SR., decedent,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | CASE NO. 5:17-CV-02775-EJD<br><br>STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING DEADLINE FOR DEFENDANT'S ANSWER |

On November 17, 2017, the Court issued an order granting in part and denying in part defendant's motion to dismiss. Accordingly, defendant's answer would normally be due by December 1, 2017. Defendant's counsel has requested, and plaintiff's counsel has agreed, that defendant may have an extension to December 15, 2017 to file its answer. This case is scheduled for a case management conference on January 11, 2018, so counsel for the parties do not believe that this requested extension will cause any delay in this case.[1]

---

[1] Counsel note that plaintiff's counsel has indicated that the dismissed plaintiffs will be filing a new lawsuit soon, and that they anticipate seeking to consolidate the two actions. This may result in some future delay in the existing case.

STIPULATION AND [PROPOSED] ORDER EXTENDING ANSWER DEADLINE
CASE NO. 5:17-CV-02775 EJD         1

1  For the foregoing reasons, the parties, through their counsel of record, HEREBY STIPULATE AND REQUEST that the deadline for defendant's answer to the complaint in this action be extended to December 15, 2017.

IT IS SO STIPULATED.

Respectfully submitted,

COTCHETT, PITRE & McCARTHY LLP

Dated: November 29, 2017    By: /s/ Emanuel B. Townsend

NIALL P. McCARTHY
PETE McCLOSKEY, JR.
EMANUEL B. TOWNSEND
Attorneys for Plaintiffs
Douglas Wayne Ross, Jr., Nicole Ross,
and Neville Ross

Dated: November 29, 2017    BRIAN J. STRETCH
United States Attorney

By: /s/ Claire T. Cormier

CLAIRE T. CORMIER[2]
Assistant United States Attorney

**[PROPOSED] ORDER**

IT IS SO ORDERED.

Dated: November 30, 2017

EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

---

[2] I, Claire T. Cormier, hereby attest that I have been authorized to submit the electronic signatures indicated by a "conformed" signature (/s/) within this e-filed document.