UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DOUGLAS WAYNE ROSS, et al., <br><br>  Plaintiffs, <br><br> v. <br><br> THE UNITED STATES OF AMERICA, <br><br>  Defendant. | Case No. 5:17-cv-02775-EJD <br><br> **ORDER VACATING CASE MANAGEMENT CONFERENCE; REFERRING MATTER TO MAGISTRATE JUDGE** <br><br> Re: Dkt. No. 38 |
| NICOLE ROSS, et al., <br><br>  Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br>  Defendant. | Case No. 5:17-cv-06870-EJD <br><br> Re: Dkt. No. 13 |

Having reviewed the parties' Further Joint Case Management Statement, the Court VACATES the case management conference set at 10:00 a.m. on March 22, 2018.

Pursuant to ADR Local Rule 7-2, the above-entitled case is referred to Magistrate Judge Nathaniel Cousins for a settlement conference to occur no later than May 13, 2018. The parties shall contact Judge Cousins's Courtroom Deputy to arrange a date and time for the conference.

**IT IS SO ORDERED.**

Dated: March 22, 2018

EDWARD J. DAVILA
United States District Judge